UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22693-CIV-HUCK

MIGUEL ANGEL SANCHEZ
OSORIO et al.,

       Plaintiffs,

vs.

DOLE FOOD COMPANY, INC. et. al.,

       Defendants.

_____/

**APPENDIX TO PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO DEFENDANTS' SHELL OIL COMPANY,
OCCIDENTAL CHEMICAL CORPORATION, AND THE DOW
<u>CHEMICAL COMPANY'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiffs hereby file the attached documents in support of their separately filed Memorandum

in Opposition to Shell Oil Company, Occidental Chemical Corporation and the Dow Chemical

Company's Motion for Summary Judgment:

1.     Letter dated March 4, 1957 from C.H. Hine, M.D., Ph.D., Associate Clinical Professor at University of California Medical Center to Dr. V.K. Rowe;

2.     Letter dated May 27, 1958 from E.F. Feichtmeir, Manager Product Application from Shell Development Company to Shell Chemical Corporation (Agricultural Chemical Sales Division) attention Mr. L. Lykken;

3.     Letter dated June 4, 1958 from Louis Lykken, Manager of Technical Service Department of Shell Chemical Corporation to Dr. M.R. Zavon at Kettering Laboratory;

4.     Memorandum dated July 23, 1958 from the Biochemical Research Laboratory at The Dow Chemical Company;

5.     Toxicological Information and Suggestions regarding treatment for persons exposed to Fumazone issued by The Dow Chemical Company on April 10, 1959;

6.     Letter dated October 4, 1960 from V.K. Rowe of The Dow Chemical Company to Mitchell R. Zavon, M.D. at the Kettering Laboratory;

7.     Letter of October 14, 1960 from L.E. Mitchell to Mr. Sprinkle;

8.     Toxicologic Investigations of 1, 2-Dibromo-3-Chloropropane, March 8, 1961;

9.     Memorandum from Shell Chemical Company dated July 21, 1961 signed by C.C. Compton, Division Representative;

10.    Memorandum dated November 9, 1961 from R.R. Sprinkle;

11.    Letter dated March 5, 1962 from Louis Lykken, Manager Technical Service Department at Shell Chemical Company to Dr. C.E. Hine at Hine Laboratories;

12.    Memorandum dated May 27, 1972 from P. Fliegel at the Standard Fruit Company to J.F. Macias;

13.    Memorandum from Jack D. DeMent dated May 5, 1972 to Mr. C.H. Waite;

14.    Memorandum dated August 2, 1974 from Castle & Cooke Foods from W. Bernal regarding Bromine Contracts;

15.    Letter dated January 23, 1975 from Dow Chemical U.S.A. sent by A.E. Schober to D.D. McCollister;

16.    Memorandum dated November 8, 1976 from Standard Fruit Company signed by D.Mora M. to Engineer Ariel Barrios;

17.    Memorandum dated October 20, 1976 from Antonio Yanez A. to "Gerentes de Finca" (Managers of Plantations) regarding the application of Nemagon with attachments;

18.    Procedures for the application of Nemagon issued by E.D. Pattimore;

19.    Memorandum dated June 2, 1977 from A. Yanez A. regarding the estimate of Nemagon 2 for the 1977 cycle;

20.    Occidental Checmical Company's Health Hazard Evaluation dated August - October, 1977 for Contract No. 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;

21.    Memorandum dated August 19, 1977 regarding DBCP policy with a telex attached dated August 18, 1977 from Cassity/Cascook SFO;

22.    Federal Register Vol. 42, No. 186 dated September 26, 1977 Environmental Protection Agency, Intent to Suspend and Conditionally Suspend Registrations of Pesticide Products;

23.   Federal Register / Department of Labor Occupational Safety and Health Administration excerpt of Title 29 - Labor, Chapter XVII - Occupational Safety and Health Administration, Department of Labor / Federal Register, Vol 42, No. 175 dated September 9, 1977;

24.   Memorandum dated September 15, 1977 from Legal Department (Oxy Inter-Office Memorandum) from J.D. Hull to Bob Allard;

25.   Memorandum dated October 3, 1977 from Shell Chemical Company signed by H.L. Cohan to Chemical Products, Finance Manager regarding Nemagon Recall - Status;

26.   Memorandum dated November 30, 1977 from Rafael D. Pagan and Kendall Moll to Distribution regarding Hazards of DBCP Pesticide;

27.   Memorandum dated December 21, 1977 from Dow Chemical USA authored by Frances C.O. Melia, to R.E. Hefter; regarding Fumazone 86E Soil Fumigant Use on Bananas attaching the Requirements for the Safe Handling and Application of Fumazone 86E Soil Fumigant to Banana Plantations Sprinkler Application;

28.   Letter dated January 19, 1978 from Paul G. Sink, Vice President, Materials Management of Castle & Cooke Foods to Steven M. Kin, at the Legal Department at Dow Chemical Latin America;

29.   Letter Agreement from The Dow Chemical Company to Standard Fruit Company signed by E.B. Barnes 2/6/78; R.W, Lundeen 1/30/78; and Assistant Secretary to Standard Fruit Company 1/19/78;

30.   Memorandum dated January 26, 1978 from Paul G. Sink of Castle & Cooke Foods to Distribution regarding DBCP Safe Handling Procedures;

31.   Letter dated February 23, 1978 from B.V. Daley, Manager of Dow Chemical International, Inc. to Paul Sink of Castle & Cooke, Inc.;

32.   Dow Chemical Latin America Addendum to Contract and Letter Agreement dated February 9, 1978;

33.   Memorandum marked "Draft" from Mark Batterson dated 2/8/78 of Statements Regarding Inventory Sale of DBCP to Castle and Cooke;

34.   Letter dated February 23, 1978 from Dow Chemical International, Inc. To the attention of Paul Sink, Vice President, Materials Management at Castle & Cooke Foods;

35.   Fumazone Brand Soil Fumigants Safety Guide from Dow Chemical U.S.A. - An Operating Unit of The Dow Chemical Company Agricultural Products Department, Midland, Michigan

36.     Agreement for Sale of DBCP dated March 28, 1978 between Occidental Chemical Company and Castle & Cooke Foods;

37.     Memorandum dated September 11, 1978 from Rafael Guilbert of Castle & Cooke, Inc. To Neil McCrary regarding Occidental Chemical Company Meeting (DBCP);

38.     Letter dated September 18, 1978 from Mel G. Rice of Occidental Chemical Company to Paul Sink of Castle & Cooke Foods;

39.     Occidental Petroleum Corporation Memorandum dated December 11, 1978;

40.     United States Environmental Protection Agency documents which include (a) Suspension Order of October 29, 1979; (b) Notice of Intent to Cancel the Registration of Pesticide Products Containing Dibromochloropropane (DBCP0 and Statement of Reasons dated October 29, 1979; and (c) Final Decision, FIFRA Docket No. 485 dated October 29, 1979;

41.     Deposition excerpts of Rafael Guilbert dated October 3, 1995 in the *Franklin Rodriguez Delgado, et al. vs. Shell Oil Company, et al.* Case No. H-94-1337 in the Southern District of Texas, Houston Division;

42.     In the matter of *Franklin Rodriguez Delgado, et al. vs. Shell Oil Company, et al.* Case No. H-94-1337 in the Southern District of Texas, Houston Division - Motion to Dismiss for Forum Non-Conveniens and International Comity and to Enjoin Further Litigation dated April 17, 1995;

43.     Affidavit of Raul Barrios Olivares dated April 6, 1995;

44.     Affidavit of Dr. Saul Litvinoff in the matter of *Franklin Rodriguez Delgado, et al. vs. Shell Oil Company, et al.* Case No. H-94-1337 in the Southern District of Texas, Houston Division;

45.     Article "The Toxicology of 1,2-Dibromo-3-chloropropane (DBCP)" a brief review by Daniel Thau Teitelbaum, MD;

46.     Article by Charles S. Siegel, JD, and David S. Siegel, JD titled "The History of DBCP from a Judicial Perspective";

47.     Law 364; and

48.     Opinion of the Supreme Court of Justice of Nicaragua regarding Constitutionality of Law 364 dated October 17, 2003.

49.     Affidavit of Fernando Justo Granera Mendoza submitted in *Juan Herrara Rios, et al. v. Standard Fruit, et al.,* Case No. 215-02, Nicaragua;

50.     Affidavit of Fernando Felipe de Jesus Sarmiento Moya submitted in *Juan Herrara Rios, et al. v. Standard Fruit, et al.,* Case No. 215-02, Nicaragua;

51.     Affidavit of Julio Cesar Padilla Alvarez submitted in *Juan Herrara Rios, et al. v. Standard Fruit, et al.,* Case No. 215-02, Nicaragua;

52.     1975 contract between Dow Chemical International, Inc. and Caste & Cooke, Inc.

53.     Memo to T. Torkelson of Dow re: Fumazone in the Philippines, December 20, 1975;

54.     Study on the Application of Nematocides in Irrigation Water, The Dow Chemical Company;

55.     Deposition of Steve Randall Johnson in *Tellez, et al. vs. Dole Food Company, et al.* Case No. BC312852, Los Angeles, CA;

56.     Deposition of Frances O'Melia in *Tellez, et al. vs. Dole Food Company, et al.*, Case No. BC312852, Los Angeles, CA;

57.     Maps of location, Chinandega, Nicaragua and Puerto Cortes, Honduras;

58.     Nicaraguan Judgment in this case, *Sanchez Osorio et al. vs. Dole Food Co., Inc., et al.*, Case No. 214-0425-02;

59.     Letter dated November 14, 1977 from Frances C. O'Melia of Dow Chemical U.S.A. to R.E. Hefner;

60.     Letter dated December 6, 1977 from A.E. Schober of Dow Chemical U.S.A. to Jeff Kempter;

61.     Letter dated December 15, 1977 from Frances C. O'Melia of Dow Chemical U.S.A. to Kenneth Moll;

62.     Declaration of Gerardo Martin Hernandez;

63.     Letter dated September 15, 1977 from Paul F. Oreffice, President of Dow Chemical U.S.A. to All Dow U.S. A. Supervisors;

64.     Shell's Memorandum in support of Motion for Summary Judgment and Plaintiffs Memorandum in opposition to Shell's Motion for Summary Judgment in the *Shell Oil Co. vs. Franco, et al.* Case No. CV03-8846 (C.D. Cal. 2005); and

Case No. 07-22693-CIV-HUCK

DATED this 25th day of April 2008.

Respectfully submitted,

Podhurst Orseck, P.A.
Attorneys for Plaintiffs
25 W. Flagler Street, 8th Floor
Miami, Florida 33130

By:  ____/s/ Steven C. Marks____
Aaron S. Podhurst
Fla. Bar No. 516414
Steven C. Marks
Fla. Bar No.  063606