UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22693-CIV-HUCK

MIGUEL ANGEL SANCHEZ
OSORIO et al.,

    Plaintiffs,

vs.

DOLE FOOD COMPANY, INC. et. al.,

    Defendants.
_____/

### APPENDIX TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

Plaintiffs hereby file the attached documents in support of their separately filed Motion for Summary Judgment with Incorporated Memorandum of Law:

1. Judgment issued by the Second Civil and Labor Court of the District of Chinandega dated August 5, 2005;

2. Order of December 19, 2003 of the Second Civil and Labor Court of the District of Chinandega;

3. Shell Oil Company's pleading contesting jurisdiction of June 30, 2004;

4. Dow Chemical Company's pleading contesting jurisdiction of June 20, 2004;

5. Occidental Chemical Company's pleading contesting jurisdiction of June 31, 2004;

6. Plaintiffs' response to Defendants' jurisdictional pleadings dated November 12, 2004;

7. Plaintiffs' pleading reiterating waiver of Law 364 deposits dated February 9, 2005;

8. Order of December 2, 2004 of the Second Civil and Labor Court of the District of Chinandega;

Case No. 07-22693-CIV-HUCK

9. Dow Chemical Company's Appeal of December 2, 2004 Order;

10. Shell Oil Company's Appeal of December 2, 2004 Order;

11. Occidental Chemical Company's Appeal of December 2, 2004 Order;

12. Dole Food Company's Appeal of December 2, 2004 Order;

13. Declaration of Cairo Manuel Lopez Sanchez;

14. Plaintiffs' Motion requesting that Defendants appoint a common counsel of May 9, 2005 and Court's May 10, 2005 Order;

15. Order of May 12, 2005 appointing Fernando Medina Montiel as common counsel;

16. Order appointing forensic physician dated May 26, 2005;

17. Affidavit of Dr. Raul Barrios Olivares provided in support of *Delgado v. Shell Oil Co., et. al.*, (S.D. Tex)

18. Affidavit of Dr. Saul Litvinoff provided in support of *Delgado v. Shell Oil Co., et al.*, (S.D. Tex)

19. Defendants' Motion to Dismiss for Forum Non Conveniens and International Comity and to Enjoin Further Litigation filed in *Delgado v. Shell Oil Co., et al.* (S.D. Tex)

20. Judgment from Nicaragua Supreme Court dated June 30, 1997;

21. Judgment from Nicaragua Supreme Court dated October 6, 1994;

22. Judgment from Nicaragua Supreme Court dated May 18, 1994;

23. Law No. 364, Special Law for the Conduct of Lawsuits filed by Persons affected by the use of Pesticides Manufactured with a DBCP base;

24. Nicaraguan Supreme Court Opinion of October 17, 2003 finding Law No. 364 constitutional;

25. Verdict dated November 2, 2007;

-2-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

Case No. 07-22693-CIV-HUCK

26. Article entitled "Cases on behalf of foreign nationals out of order" dated October 23, 2007;

27. U.S. Environment Protection Agency's Suspension Order dated October 29, 1979.

DATED this 30th day of June, 2008.

Respectfully submitted,

Podhurst Orseck, P.A.
Attorneys for Plaintiffs
25 W. Flagler Street, 8th Floor
Miami, Florida 33130

By:  /s/ Steven C. Marks
Aaron S. Podhurst
Fla. Bar No. 516414
Steven C. Marks
Fla. Bar No. 063606

-3-

Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346        www.podhurst.com