UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22693-CIV-HUCK/O'SULLIVAN

MIGUEL ANGEL SANCHEZ
OSORIO, et al.,

    Plaintiffs,
v.

DOLE FOOD COMPANY, INC., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Defendant Dole Food Company, Inc.'s Motion for Bill of Costs (Doc. #372), filed December 14, 2009. On July 7, 2010, Magistrate Judge John J. O'Sullivan issued a Report and Recommendation (Doc. #410), recommending that the Motion for Bill of Costs be granted in part and denied in part and that Dole be awarded $34,366.12 in costs. On July 26, 2010, Plaintiffs filed objections to the Report and Recommendation (Doc. #411). On August 10, 2010, Dole filed a memorandum in support of the Report and Recommendation (Doc. #414).

The Court has reviewed *de novo* the Report and Recommendation, Plaintiff's objections, Dole's memorandum, and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED and Plaintiff's objections are OVERRULED. The Motion for Bill of Costs is GRANTED IN PART, DENIED IN PART. Defendant Dole Food Company, Inc. is awarded costs in the amount of $34,366.12.

DONE and ORDERED in Chambers, Miami, Florida, August 12, 2010.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record